**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 1 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ALVARO DOMARCO-SANCHEZ,

Defendant-Appellant.

No. 15-10498

D.C. No. 2:94-cr-00251-GEB

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted July 26, 2016[**]

Before:    SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Alvaro Domarco-Sanchez appeals pro se from the district court's order

denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).   We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Domarco-Sanchez contends that he is entitled to a sentence reduction under

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

Amendment 782 to the Sentencing Guidelines.   We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2).   *See United States v. Leniear,* 574 F.3d 668, 672 (9th Cir. 2009).   The district court correctly concluded that Domarco-Sanchez is ineligible for a sentence reduction because Amendment 782 did not lower his applicable sentencing range.   *See* 18 U.S.C. § 3582(c)(2); *Leniear*, 574 F.3d at 673-74.   Because the district court lacked authority to reduce Domarco-Sanchez's sentence, it had no cause to consider the 18 U.S.C. § 3553(a) factors.   *See Dillon v. United States*, 560 U.S. 817, 826-27 (2010).

To the extent that Domarco-Sanchez seeks to challenge his sentence as procedurally erroneous and substantively unreasonable, these claims are not cognizable in a section 3582(c)(2) proceeding.   *See Dillon*, 560 U.S. at 831 (section 3582(c)(2) does not permit a plenary resentencing proceeding).

**AFFIRMED.**